

Douglas B. Lipsky - Partner

630 Third Avenue, Fifth Floor
New York, New York 10017
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

June 27, 2018

<u>VIA ECF</u>
The Honorable Nelson Stephen Roman, U.S.D.J.
U.S. District Court for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    <u>Fischler v. G-Star Raw Retail Inc.</u>, 7:18-cv-2529 (NSR)

Dear Judge Roman:

    This firm represents Plaintiff Brian Fischler. We submit this letter on behalf of all parties to advise the Court that a settlement has been reached, resolving this matter. The parties, accordingly, respectfully request (i) that this matter be dismissed and discontinued without costs, and without prejudice to Plaintiff's right to open the action within thirty days of the Court's Order if the settlement is not consummated, and (ii) that Defendant's responsive pleading deadline be adjourned *sine die*.

    We appreciate the Court's consideration of these requests.

    Respectfully submitted,
    LIPSKY LOWE LLP


    s/ Douglas B. Lipsky
    Douglas B. Lipsky


CC:    Kathleen Kundar (Via email)